**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| REYNALDO ROSARIO, | : | |
| | | Civil Action No. 07-5173 (JBS) |
| Petitioner, | : | |
| v. | : | **ORDER** |
| WARDEN GRONEOUSKY, | : | |
| Respondent. | : | **CLOSED** |

 For the reasons set forth in the Opinion filed herewith,

IT IS on this **1st** day of **April**, 2008,

 ORDERED that the Petition is DISMISSED WITHOUT PREJUDICE for lack of jurisdiction; and it is further

 ORDERED that, to the extent this Court can exercise jurisdiction over the Petition, the Petition is DENIED; and it is further

 ORDERED that all pending Motions are DENIED; and it is further

 ORDERED that the Clerk of the Court shall close the Court's file in this matter.

                              **s/Jerome B. Simandle**
                              Jerome B. Simandle
                              United States District Judge